■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS M. RODRIGUEZ, Appellant. [688 NYS2d 924] —Appeal from a judgment of the County Court of Ulster County (Bruhn, J.), rendered July 20, 1998, convicting defendant upon his plea of guilty of the crime of burglary in the second degree.

Defendant pleaded guilty to the crime of burglary in the second degree and was sentenced as a second violent felony offender to a determinate prison term of seven years. Defense counsel seeks to be relieved of her assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Upon our review of the record and defense counsel's brief, we agree. Defendant entered a knowing, voluntary and intelligent plea of guilty and was sentenced in accordance with the plea agreement to the most lenient sentence permitted by statute. We accordingly affirm the judgment of conviction and grant defense counsel's application for leave to withdraw (see, People v Cruwys, 113 AD2d 979, lv denied 67 NY2d 650).

Cardona, P. J., Mercure, Crew III, Carpinello and Graffeo, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.